UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
              :
SEAN BEST,                         :
                                  :
                  Plaintiff,      :      No. 18-CV-5973 (GBD) (OTW)
                                  :
          -against-                :      **ORDER**
                                  :
THE CITY OF NEW YORK, et al.,      :
                                  :
                  Defendants.   :
                                  :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On December 6, 2019, the Court granted *pro se* Plaintiff a second extension of time to respond to Defendants' motion to dismiss. (ECF 70). To date, Plaintiff still has not filed a response to Defendants' motion to dismiss. The Court has recently learned that the December 6 Order was returned as undeliverable because the mailing address provided by Plaintiff has been incorrect since approximately September 24, 2019. Accordingly, it is hereby ORDERED that Plaintiff shall provide the Court with a current mailing address. *See Alomar v. Recard*, No. 07-CV-5654 (CS) (PED), 2010 WL 451047, at *2 (S.D.N.Y. Feb. 9, 2010) ("The duty to inform the Court and defendants of any change of address is 'an obligation that rests with all *pro se* plaintiffs.'").

In light of Plaintiff's *pro se* status, Plaintiff is given one final extension until **February 14, 2020** to both (1) file an opposition to Defendants' motion to dismiss and (2) provide the Court with a current address. **Failure to do so may result in the Court considering Defendants' motion to dismiss unopposed and/or recommending dismissal of Plaintiff's case for failure to**

**prosecute under Federal Rule of Civil Procedure 41(b).** The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff at the address listed on the docket.

**SO ORDERED.**

Dated: January 10, 2020
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge