**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
SEAN BEST,

                Plaintiff,         18-CV-5973 (GBD) (OTW)

              -against-         **ORDER**

THE CITY OF NEW YORK, et al.,

              Defendants.

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed Defendant's letter at ECF 78 in which it was represented that Plaintiff was released from custody. Accordingly, Plaintiff is directed to update his address on the CM/ECF docket. Once updated, the Court will set a date for a telephonic status conference.

Plaintiff is reminded that it is his obligation to promptly submit a written notification to the Court if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so. *See Alomar v. Recard*, No. 07-cv-5654 (CS) (PED), 2010 WL 450047, at *2 (S.D.N.Y. Feb. 9, 2010) ("The duty to inform the Court and defendants of any change of address is 'an obligation that rests with all *pro se* plaintiffs.'").

A copy of this order will be mailed to Plaintiff's address as currently listed on the CM/ECF docket.

**SO ORDERED.**

                                                          *s/ Ona T. Wang*

Dated: May 12, 2020                                            **Ona T. Wang**
          New York, New York                             United States Magistrate Judge