**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
SEAN BEST,

          Plaintiff,                                  18-CV-5973 (GBD) (OTW)

          -against-                             **ORDER**

THE CITY OF NEW YORK, et al.,

          Defendants.

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed Plaintiff's letter at ECF 81. The letter is not dated, but a copy was filed on the docket on May 28, 2020, and another identical copy was marked received by the *pro se* intake office and filed on the docket on June 5, 2020. (*See* ECF 81 *and* ECF 82). The Court notes that Plaintiff has not responded to its order at ECF 80 directing him to update his address on the docket in light of Defendants' representation that he had been released from custody. (ECF 80). The Court again cautions Plaintiff that failure to promptly submit a written notification to the Court if his address changes may result in dismissal of his case. *See Alomar v. Recard*, No. 07-cv-5654 (CS) (PED), 2010 WL 450047, at *2 (S.D.N.Y. Feb. 9, 2010) ("The duty to inform the Court and defendants of any change of address is 'an obligation that rests with all *pro se* plaintiffs.'").

Plaintiff's letter contains several requests. He asks that: (1) he be mailed a copy of his first amended complaint; (2) he be mailed a copy of his opposition to Defendants' motion to dismiss, which was received by the Court on May 7, 2020 – 64 days after the Report and Recommendation was issued, and 44 days after it was adopted by Judge Daniels; (3) he be

granted a 60 day extension "to respond to defendants [sic] motion to dismiss as well as 60 days from the date of receipt of [his] 'first amended complaint ECF 56' to file my second amended complaint"; and (4) his motion for pro bono counsel be renewed. (ECF 82).

Accordingly, the Court hereby **ORDERS** that if Plaintiff intends on continuing to litigate his case, he must file his second amended complaint by **August 7, 2020**. The Court will mail copies of ECF 74, ECF 76, ECF 79, ECF 80, and this order to Plaintiff. As he has still not updated his address on the CM/ECF docket, the filings will be mailed to the current address listed, which is as follows:

> Sean F. Best
> NYSID: 08859416L
> B&C No. 3492000330
> George R. Vierno Center
> 09-09 Hazen Street
> East Elmhurst, NY 11370

The Court will address Plaintiff's renewed motion for pro bono counsel by separate order.

In addition, a telephonic status conference will be held on **July 21, 2020 at 12:00 p.m.** Please use the following dial-in information to join the conference:

- Telephone Number: 866-390-1828
- Access Code: 1582687

**SO ORDERED.**

Dated: June 10, 2020  
New York, New York

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge