**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SEAN BEST,

                Plaintiff,

    -against-                                          18 **CIVIL** 5973 (GBD)(OTW)

                                                                     **<u>JUDGMENT</u>**

THE CITY OF NEW YORK; THE NEW YORK
STATE DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION, et al.,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated February 3, 2022, Plaintiff's complaint is dismissed without prejudice.

**Dated:** New York, New York

       February 3, 2022

                                                                              **RUBY J. KRAJICK**

                                                                              **Clerk of Court**
                                            **BY:**    *K. Mango*
                                                                              **Deputy Clerk**